UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 09-CV-752-H

MAFCOTE INDUSTRIES, INC. and
ROYAL CONSUMER PRODUCTS, LLC                                            PLAINTIFFS

V.

UNITED PARCEL SERVICE, INC., et al.                                     DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

The Court has reviewed the various submissions of the parties pertaining to the remaining issues in the case. The Court reaches the following conclusions.

First, the Court will not consider any additional claims beyond those amounting to $32,165.77. The Court has repeatedly asked Plaintiffs to clarify their claims. To bring forward additional claims at the last minute is unacceptable and the Court will not consider them.

Second, the Court has insufficient information to determine whether the administrative fees in the amount of $15,354.37 have been properly deducted from Plaintiffs' claims. If the administrative fees have not be deducted, the maximum amount of recovery would be reduced to $16,811.46.

Third, the Court will set a telephone conference to discuss the administrative fee issue, and the trial or settlement of the remaining claims.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment is SUSTAINED to the extent that its maximum liability is $32,165.77.

The Court will set a conference in the near future.

cc: Counsel of Record